IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Deborah Garrick,<br><br>    Plaintiff,<br><br>v.<br><br>Calvin Moxley; Lloyd J. Austin, III, Secretary U.S. Department of Defense; Brian Dual; Alexia Pamplin; Dr. Raymond Burk,<br><br>    Defendants. | C/A No.: 3:22-cv-2332-SAL-PJG<br><br><br>**ORDER** |

This matter is before the court for review of the November 9, 2022 Report and Recommendation (the "Report") of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b)(1)(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 24.] In the Report, the magistrate judge recommends summarily dismissing Defendants Calvin Moxley, Brian Dual, Alexia Pamplin, and Dr. Raymond Burk without prejudice and without issuance of service of process. *Id.* at 3. Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report. *Id.* at 4. Plaintiff has not filed objections, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 24, and incorporates the Report by reference herein. Defendants Calvin Moxley, Brian Dual, Alexia Pamplin, and Dr. Raymond Burk are **DISMISSED** without prejudice and without issuance of service of process. This matter continues to be referred to the magistrate judge for further proceedings.

**IT IS SO ORDERED.**

May 4, 2023
Columbia, South Carolina

s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge